DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GINA CERISE,**
Appellant,

v.

**FABIAN MCCULLON,**
Appellee.

No. 4D20-2360

[March 17, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502020DR007379.

Gina Cerise, Lake Park, pro se.

Fabian McCullon, Palm Beach Gardens, pro se.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

DAMOORGIAN, GERBER, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***